# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lawrence, John P. aka John Patrick Lawrence, dba Lawrence Site Contractors, dba Lawrence Auto<br><br>          <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 17-11183 SR |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2505

                                                   Respectfully submitted,

                                                   **/s/Brian C. Nicholas, Esquire**
                                                   Brian C. Nicholas, Esquire
                                                   Thomas Puleo, Esquire
                                                   KML Law Group, P.C.
                                                   701 Market Street, Suite 5000
                                                   Philadelphia, PA 19106-1532
                                                   (215) 825-6306  FAX (215) 825-6406