**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>John P. Lawrence *aka* John Patrick Lawrence *dba* Lawrence Site Contractors *dba* Lawrence Auto and Tamera E. Lawrence *aka* Tamera Eva Lawrence *fka* Tamera Hicks<br>            Debtors, | Chapter 13<br><br>Case No.: 17-11183-sr<br><br>Hearing Date: May 24, 2017<br>Time: 10:00 a.m.<br>Location: Courtroom 4 |
| Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-1, Asset-Backed Certificates, Series 2006-1,<br>            Movant,<br>vs.<br>John P. Lawrence *aka* John Patrick Lawrence *dba* Lawrence Site Contractors *dba* Lawrence Auto and Tamera E. Lawrence *aka* Tamera Eva Lawrence *fka* Tamera Hicks,<br>            Debtors / Respondents,<br>and<br>Frederick L. Reigle,<br>            Trustee / Respondent. | |

* * * * * * *

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

   Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-1, Asset-Backed Certificates, Series 2006-1 has filed a Motion for Relief from the Automatic Stay and Co-Debtor Stay with the Court for leave to enforce its rights as determined by state and/or other applicable law with regard to real property.

   **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

   1.   If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **May 15, 2017**, you or your attorney must do all of the following:

   (a)   file an answer explaining your position at:

   United States Bankruptcy Court
   Eastern District of Pennsylvania
   Office of the Clerk
   900 Market Street
   Suite 214
   Philadelphia, PA 19107

  (b) mail a copy to the Movant's attorney:

    Matthew C. Waldt, Esquire
    Milstead & Associates, LLC
    1 East Stow Road
    Marlton, NJ 08053
    Phone No.: 856-482-1400
    Fax No.: 856-482-9190

  (c) mail a copy to the Chapter 13 Trustee:

    Frederick L. Reigle, Trustee
    Chapter 13 Trustee
    2901 St. Lawrence Avenue
    P.O. Box 4010
    Reading, PA 19606

  2. If you or your attorney do not take the steps described in paragraphs 1(a), 1(b) and 1(c) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

  3. A hearing on the motion is scheduled to be held before the Honorable Stephen Raslavich on **May 24, 2017 at 10:00 a.m.** in Courtroom 4, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

  4. If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  5. You may contact the Bankruptcy Clerk's office at 215-408-2982 to find out whether the hearing has been cancelled because no one filed an answer to the Motion.

        Respectfully submitted,
        MILSTEAD & ASSOCIATES, LLC

DATED: April 28, 2017

        /s/Matthew C. Waldt
        Matthew C. Waldt, Esquire
        Attorney ID No. 203308
        mwaldt@milsteadlaw.com
        1 East Stow Road
        Marlton, NJ 08053
        Attorneys for Movant