Certificate Number: 05781-PAE-DE-029219232

Bankruptcy Case Number: 17-11183



05781-PAE-DE-029219232

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 8, 2017, at 8:45 o'clock PM PDT, Tamera Lawrence completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   May 8, 2017

By:   /s/Allison M Geving

Name:   Allison M Geving

Title:   President