IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    John P. Lawrenceaka John Patrick Lawrence dba Lawrence Site Contractors dba Lawrence Auto, Tamera E. Lawrence aka Tamera Eva Lawrence fka Tamera Hicks,<br><br>                      Debtor | Chapter 13<br><br>Case No.: 17-11183-sr |
| Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-1, Asset-Backed Certificates, Series 2006-1,<br>                      Movant,<br>vs.<br>John P. Lawrenceaka John Patrick Lawrence dba Lawrence Site Contractors dba Lawrence Auto, Tamera E. Lawrence aka Tamera Eva Lawrence fka Tamera Hicks,<br>                      Debtor / Respondent,<br>and<br>Frederick L. Reigle,<br>                      Trustee / Respondent. | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION FOR RELIEF FROM AUTOMATIC STAY**

      The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on April 28, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than May 15, 2017.

      It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                                                                   Respectfully submitted,
                                                                   MILSTEAD & ASSOCIATES, LLC

DATED: May 16, 2017                             <u>  /s/Matthew C. Waldt  </u>
                                                                   <u>Matthew C. Waldt, Esquire</u>
                                                                   <u>Attorney ID No. 203308</u>

<u>1 E. Stow Road</u>
<u>Marlton, NJ 08053</u>
<u>(856) 482-1400</u>
Attorneys for Movant