United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
John P. Lawrence
Tamera E. Lawrence
       Debtors

Case No. 17-11183-sr
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: May 26, 2017
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2017.
db/jdb      +John P. Lawrence,   Tamera E. Lawrence,   554 Gilbertsville Road,   Gilbertsville, PA 19525-9141

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                           TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2017 at the address(es) listed below:
        BRIAN CRAIG NICHOLAS    on behalf of Creditor    LakeView Loan Servicing, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        JOSEPH L QUINN    on behalf of Debtor John P. Lawrence CourtNotices@sjr-law.com
        JOSEPH L QUINN    on behalf of Joint Debtor Tamera E. Lawrence CourtNotices@sjr-law.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
        MATTHEW CHRISTIAN WALDT    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
        MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
        MICHAEL D. VAGNONI    on behalf of Creditor c/o Michael Vagnoni    Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com, michele.emory@obermayer.com;Lucille.acello@obermayer.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                     TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　John P. Lawrence *aka* John Patrick Lawrence *dba* Lawrence Site Contractors *dba* Lawrence Auto and Tamera E. Lawrence *aka* Tamera Eva Lawrence *fka* Tamera Hicks<br>　　　　Debtors, | Chapter 13<br><br>Case No.: 17-11183-sr |
| Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-1, Asset-Backed Certificates, Series 2006-1,<br>　　　　Movant,<br>vs.<br>John P. Lawrence *aka* John Patrick Lawrence *dba* Lawrence Site Contractors *dba* Lawrence Auto and Tamera E. Lawrence *aka* Tamera Eva Lawrence *fka* Tamera Hicks,<br>　　　　Debtors / Respondents,<br>and<br>Frederick L. Reigle,<br>　　　　Trustee / Respondent. | |

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY AS TO DEBTORS**

AND NOW, this _____ day of _____, 20_____, it is hereby

**ORDERED** that Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-1, Asset-Backed Certificates, Series 2006-1 is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 as to Debtor, John P. Lawrence *aka* John Patrick Lawrence *dba* Lawrence Site Contractors *dba* Lawrence Auto and Tamera E. Lawrence *aka* Tamera Eva Lawrence *fka* Tamera Hicks, to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 200 N. Pearl Street, Wernersville, PA 19585;

**ORDERED** that Movant shall be permitted to communicate with the Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

**Dated: May 26, 2017**

BY THE COURT:

_____
Hon. Stephen Raslavich, U.S.B.J.

cc:　Matthew C. Waldt, Esquire
　　　Joseph L. Quinn, Esquire
　　　Frederick L. Reigle, Trustee
　　　John P. Lawrence *aka* John Patrick Lawrence *dba* Lawrence Site Contractors *dba* Lawrence Auto
　　　Tamera E. Lawrence *aka* Tamera Eva Lawrence *fka* Tamera Hicks