## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>John P. Lawrence *aka* John Patrick Lawrence *dba* Lawrence Site Contractors *dba* Lawrence Auto<br>Tamera E. Lawrence *aka* Tamera Eva Lawrence *fka* Tamera Hicks,<br><div align="center">Debtors.</div> | Chapter 13<br><br>Case No.: 17-11183-sr |
| Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH4 Asset Backed Pass-Through Certificates, Series 2007-CH4,<br><div align="center">Movant,</div><br>vs.<br>John P. Lawrence *aka* John Patrick Lawrence *dba* Lawrence Site Contractors *dba* Lawrence Auto and Tamera E. Lawrence *aka* Tamera Eva Lawrence *fka* Tamera Hicks,<br><div align="center">Debtors / Respondents,</div><br>and<br>Frederick L. Reigle,<br><div align="center">Trustee / Respondent.</div> | Hearing Date:  June 28, 2017<br>Time:  10:00 a.m.<br>Location: Courtroom 4 |

<div align="center">*   *   *   *   *   *   *</div>

<div align="center">

### NOTICE OF MOTION, RESPONSE DEADLINE
### AND HEARING DATE

</div>

Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH4 Asset Backed Pass-Through Certificates, Series 2007-CH4 has filed a Motion for Relief from the Automatic Stay with the Court for leave to enforce its rights as determined by state and/or other applicable law with regard to real property.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **June 25, 2017**, you or your attorney must do <u>all</u> of the following:

(a)    file an answer explaining your position at:

United States Bankruptcy Court
Eastern District of Pennsylvania
Office of the Clerk
900 Market Street, Suite 400
Philadelphia, PA 19107

(b)    mail a copy to the Movant's attorney:

Matthew C. Waldt, Esquire
Milstead & Associates, LLC
1 East Stow Road
Marlton, NJ 08053
Phone No.: 856-482-1400
Fax No.: 856-482-9190

(c)     mail a copy to the Chapter 13 Trustee:

Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

2.     If you or your attorney do not take the steps described in paragraphs 1(a), 1(b) and 1(c) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

3.     A hearing on the motion is scheduled to be held before the Honorable Stephen Raslavich on **June 28, 2017 at 10:00 a.m.** in Courtroom 4 of the Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

4.     If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.     You may contact the Bankruptcy Clerk's office at 215-408-2820 to find out whether the hearing has been cancelled because no one filed an answer to the Motion.

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC

DATED:  June 8, 2017

  /s/Matthew C. Waldt
Matthew C. Waldt, Esquire
Attorney ID No. 203308
mwaldt@milsteadlaw.com
1 East Stow Road
Marlton, NJ 08053
Attorneys for Movant