## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>John P. Lawrence aka John Patrick Lawrence dba Lawrence Site Contractors dba Lawrence Auto, Tamera E. Lawrence aka Tamera Eva Lawrence fka Tamera Hicks,<br><br>Debtor | Chapter 13<br><br>Case No.: 17-11183-sr |
| Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH4 Asset Backed Pass-Through Certificates, Series 2007-CH4,<br>　　　　　　Movant,<br>vs.<br>John P. Lawrence aka John Patrick Lawrence dba Lawrence Site Contractors dba Lawrence Auto, Tamera E. Lawrence aka Tamera Eva Lawrence fka Tamera Hicks,<br>　　　　　　Debtor / Respondent,<br>and<br>Frederick L. Reigle,<br>　　　　　　Trustee / Respondent. | |

**ORDER**

IT IS HEREBY ORDERED that the Stipulation of Settlement filed on July 11, 2017 with regard to the above matter is APPROVED.

**Dated: July 12, 2017**

_____
Hon. Stephen Raslavich, U.S.B.J.

200289-8