United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                               Case No. 17-11183-sr
John P. Lawrence                                                     Chapter 13
Tamera E. Lawrence
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: PaulP                 Page 1 of 1                  Date Rcvd: Jul 12, 2017
                               Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2017.
db/jdb        +John P. Lawrence,   Tamera E. Lawrence,   554 Gilbertsville Road,
               Gilbertsville, PA 19525-9141

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2017 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    LakeView Loan Servicing, LLC
           bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
          JOSEPH L QUINN    on behalf of Debtor John P. Lawrence CourtNotices@sjr-law.com
          JOSEPH L QUINN    on behalf of Joint Debtor Tamera E. Lawrence CourtNotices@sjr-law.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    LakeView Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC.
           mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
           agent for Deutsche Bank National Trust Company, as Trustee mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          MICHAEL D. VAGNONI    on behalf of Creditor c/o Michael Vagnoni    Montgomery County Tax Claim
           Bureau michael.vagnoni@obermayer.com,    michele.emory@obermayer.com;Lucille.acello@obermayer.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>John P. Lawrence aka John Patrick Lawrence dba Lawrence Site Contractors dba Lawrence Auto, Tamera E. Lawrence aka Tamera Eva Lawrence fka Tamera Hicks,<br><br>　　　　　Debtor | Chapter 13<br><br>Case No.: 17-11183-sr |
| Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH4 Asset Backed Pass-Through Certificates, Series 2007-CH4,<br>　　　　　Movant,<br>vs.<br>John P. Lawrence aka John Patrick Lawrence dba Lawrence Site Contractors dba Lawrence Auto, Tamera E. Lawrence aka Tamera Eva Lawrence fka Tamera Hicks,<br>　　　　　Debtor / Respondent,<br>and<br>Frederick L. Reigle,<br>　　　　　Trustee / Respondent. | |

## ORDER

IT IS HEREBY ORDERED that the Stipulation of Settlement filed on July 11, 2017 with regard to the above matter is APPROVED.

**Dated: July 12, 2017**　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　Hon. Stephen Raslavich, U.S.B.J.

200289-8