**UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | Chapter 13 |
| **John P. Lawrence and** | |
| **Tamera E. Lawrence** | |
| **Debtor(s)** | BK No. 17-11183-sr |

## PRAECIPE TO WITHDRAW CLAIM

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw the Claim filed by the Law Office of Stephen Ross P.C [Claim No. 12].

**LAW OFFICE OF STEPHEN J. ROSS, PC**

BY:    */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
152 E. High Street, Suite 100
Pottstown, PA  19464
T: (610) 323 - 5300
F: (610) 323 - 6081

Date: August 3, 2017    JQuinn@sjr-law.com