## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  John P. Lawrence a/k/a John Patrick Lawrence d/b/a Lawrence Site Contractors d/b/a Lawrence Auto and Tamera E. Lawrence a/k/a Tamera Eve Lawrence f/k/a Tamera Hicks<br><br>                    Debtors | CHAPTER 13 |
| Lakeview Loan Servicing, LLC<br><br>                    Movant<br>          vs. | NO. 17-11183 SR |
| John P. Lawrence a/k/a John Patrick Lawrence d/b/a Lawrence Site Contractors d/b/a Lawrence Auto and Tamera E. Lawrence a/k/a Tamera Eve Lawrence f/k/a Tamera Hicks<br><br>                    Debtors | |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Certificate of No Response to Objection to Confirmation of Plan of Lakeview Loan Servicing, LLC, which was filed with the Court on or about September 12, 2017 (Document No. 44).

                              Respectfully submitted,

                              **/s/ Rebecca A. Solarz, Esquire**
                              Rebecca A. Solarz, Esquire
                              Brian C. Nicholas, Esquire
                              Attorneys for Movant
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA  19106
                              215-627-1322

September 12, 2017