## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  John P. Lawrence a/k/a John Patrick Lawrence d/b/a Lawrence Site Contractors d/b/a Lawrence Auto and Tamera E. Lawrence a/k/a Tamera Eva Lawrence f/k/a Tamera Hicks<br>　　　　　　　Debtors | CHAPTER 13 |
| Lakeview Loan Servicing, LLC<br>　　　　　　　Movant<br>　　vs.<br>John P. Lawrence a/k/a John Patrick Lawrence d/b/a Lawrence Site Contractors d/b/a Lawrence Auto and Tamera E. Lawrence a/k/a Tamera Eva Lawrence f/k/a Tamera Hicks<br>　　　　　　　Debtors | NO. 17-11183 SR |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection of Lakeview Loan Servicing, LLC to Confirmation of Chapter 13 Plan, which was filed with the Court on or about April 11, 2017 (Document No. 13).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　Matteo S. Weiner, Esquire
　　　　　　　　　　　　　　　　　　　Attorneys for Movant
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322

September 12, 2017