IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: John P. Lawrence | : | Chapter 13 |
| and Tamera E. Lawrence | : | |
| Debtors | : | Bankruptcy No.: 17-11183-jkf |
| | : | |

## **ORDER**

AND NOW, upon consideration of the Motion to Expedite ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby

**ORDERED** that:

1. The request for an expedited hearing is **Granted**.

2. A hearing to consider the Motion shall be held on October 25, 20 17, at 11:00 a.m., in Bankruptcy Courtroom 3, Robert N.C. Nix, Sr., Federal Building & Post Office, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), counsel to the Official Committee of Unsecured Creditors (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission no later than 5:00 p.m. on October 19, 2017.
If the hearing is scheduled less than 48 hours after the Movant receives this Order, Movant shall give immediate telephonic notice of the hearing to the above as well.

5. The Movant shall serve this Order and the Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including all creditors, by regular mail no later than 5:00 p.m. on October 19, 2017.

6. Prior to the hearing, the Movant shall file a Certification setting forth compliance with the service requirements of Paragraphs 4 and 5 above as applicable.

BY THE COURT:

Dated: October 19, 2017

HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge