IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: John P. Lawrence | : | Chapter 13 |
| and Tamera E. Lawrence | : | |
| Debtors | : | Bankruptcy No.: 17-11183-jkf |
| | : | |

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for John P. Lawrence and Tamera E. Lawrence, hereby certify that a true and correct copy of Debtors' Motion to Sell Real Estate known as 412 Swamp Pike, Schwenskville, Pennsylvania 19473, and to pay commissions and customary closing costs, along with the Notice of Motion and Order on Motion to Expedite the Hearing, was forwarded to the following parties, as follows:

*Via email on October 19, 2017:*

Polly A. Langdon
Trustee Frederick L. Reigle
ecfmail@fredreiglech13.com
ecf_frpa@trustee13.com

Frederick L. Reigle,
Chapter 13 Trustee
ecfmail@fredreiglech13.com
ecf_frpa@trustee13.com

Brian Craig Nicholas
Creditor LakeView Loan Servicing, LLC
bnicholas@kmllawgroup.com
bkgroup@kmllawgroup.com

Rebecca Ann Solarz
c/o LakeView Loan Servicing, LLC
bkgroup@kmllawgroup.com

Matteo Samuel Weiner
c/o LakeView Loan Servicing, LLC
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Michael Vagnoni
c/o Montgomery County Tax Claim Bureau
michael.vagnoni@obermayer.com
michele.emory@obermayer.com
Lucille.acello@obermayer.com

Matthew Christian Waldt
c/o Select Portfolio Servicing, Inc.
Servicing agent for Deutsche Bank NA
mwaldt@milsteadlaw.com
bkecf@milsteadlaw.com

Phoenixville Clinic Company LLC
c/o PASI
pasi_bankruptcy@chs.net

Capital One NA
c/o Becket and Lee LLP
proofofclaim@becket-lee.com

LVNV Funding LLC
c/o Resurgent Capital Services
askbk@resurgent.com

Comenity Capital Bank/Big Lots
c/o Quantum3 Group for MOMA
claims@quantum3group.com

E-Processing, LLC and Equity Trust Company
c/o Stephen M. Hladik
debersole@hoflawgroup.com

M&T Bank
c/o KML Law Group
dcarlon@kmllawgroup.com

HSBC Bank/Capital One
c/o Cavalry SPV
bankruptcy@cavps.com

Pennsylvania Department of Revenue
Nicole Amolsch
namolsch@pa.gov

***Via Fascimile on October 19, 2017:***

Credit One Bank, NA
Bankruptcy Dept
702-957-5200

Cavalry Portfolio Services
Bankruptcy Department
914-206-3954

Montgomery Cty Tax Claim Bureau
Michael P. Clarke, Esquire
215-633-1830

Internal Revenue Service
John Lindinger
877-477-9276

Office of Chief Counsel
Jonathan W. Chatham
717-772-1459

**LAW OFFICE OF STEPHEN J. ROSS, PC**

By:      */s/ Joseph Quinn*
         Joseph Quinn, Esquire
         Attorney I.D. No. 307467
         152 E. High Street, Suite 100
         Pottstown, PA 19464
         Counsel for Debtors

Date:  October 19, 2017