IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: John P. Lawrence | : | Chapter 13 |
| and Tamera E. Lawrence | : | |
| Debtors | : | Bankruptcy No.: 17-11183-jkf |
| | : | |

## ORDER GRANTING APPROVAL OF SALE OF REAL ESTATE KNOWN AS 412 SWAMP PIKE, SCHWENKSVILLE, PA 19473-1405 AND TO PAY COMMISSIONS AND CLOSING COSTS

AND NOW, upon consideration of Debtors' motion for approval to sell real estate jointly owned by Debtors known as 412 Swamp Pike, Schwenksville, PA 19473-1405 and to pay real estate broker commission and customary closing costs, and upon consideration of the notice upon and lack of objection by the Chapter 13 Trustee, United States Trustee, or any other party in interest, and in consideration of the arguments of counsel appearing at a hearing before the Court, if any, regarding the approval requested in the Motion,

**IT IS ORDERED:**

(1)    Debtors' Motion with respect to sale of the Real Estate owned by the Debtors known as 412 Swamp Pike, Schwenksville, PA 19473-1405 (hereafter referred to as the "Real Estate") is GRANTED; and

(2)    Debtors are authorized to sell the Real Estate during the current Chapter 13 bankruptcy to Franconia Associates or it's Nominee; and

(3)    The terms and conditions of the Agreement of Sale and related documents are fair and reasonable, as attached to the Motion, and are hereby APPROVED; and

(4)    From the proceeds of the sale of the Real Estate, the Debtors, by virtue of the settlement agent, are authorized to pay at closing:

  a. all liens encumbering the Real Estate in the amount of the full value of the secured claim subject to the payoff figures current as of the date of closing; and

  b. typical and customary closing costs; and

  c. the remaining funds, if any, after payment of liens and closing costs shall be paid to John P. Lawrence and Tamera E. Lawrence; and

  (5) This Order shall be effective and enforceable immediately upon entry and the Debtors and Buyers are authorized to close the Sale immediately upon entry of this Sale Order. The stay required under Bankruptcy Rule 6004(h) is hereby waived; and

  (6) A copy of the executed settlement sheet shall be provided to the Chapter 13 Trustee within fourteen days following settlement of the real estate transaction.

10/25/17

BY THE COURT:

_____
JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE