United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-11183-jkf
John P. Lawrence                                                        Chapter 13
Tamera E. Lawrence
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1           Date Rcvd: Oct 25, 2017
                              Form ID: pdf900          Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2017.
```
13902873        Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,    Malvern PA 19355-0701
13869577       +Comenitycapital/biglot,   Po Box 182120,    Columbus, OH 43218-2120
13954660       +E-Processing, LLC et al,   c/o Stephen M. Hladik,   298 Wissahickon Avenue,
                 North Wales, PA 19454-4114
13869594       +Michael P. Clarke, Esquire,   Rudolph Clarke LLC,   7 Neshaminy Interplex Suite 200,
                 Feasterville Trevose, PA 19053-6974
13869595       +Montgomery County Tax Claim Bureau,   1 Montgomery Plaza, Suite 600,
                 Norristown, PA 19401-4851
13890935       +PHOENIXVILLE CLINIC COMPANY LLC C/O PASI,   PO BOX 188,    BRENTWOOD, TN 37024-0188
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13869580       +E-mail/PDF: creditonebknotifications@resurgent.com Oct 26 2017 01:27:52      Credit One Bank Na,
                 Po Box 98875,   Las Vegas, NV 89193-8875
13919772        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 26 2017 01:28:06
                 LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13869589        E-mail/Text: camanagement@mtb.com Oct 26 2017 01:25:30      M & T Bank,   1 Fountain Plz,
                 Buffalo, NY 14203
13890823        E-mail/Text: camanagement@mtb.com Oct 26 2017 01:25:30      M&T Bank,   P.O. Box 840,
                 Buffalo, NY 14240-0840
13869596       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 26 2017 01:25:34
                 Pennsylvania Department of Revenue,   Dept 280948,   Harrisburg, PA 17128-0001
                                                                                              TOTAL: 5
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2017 at the address(es) listed below:
```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    LakeView Loan Servicing, LLC
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOSEPH L QUINN    on behalf of Joint Debtor Tamera E. Lawrence CourtNotices@sjr-law.com
              JOSEPH L QUINN    on behalf of Debtor John P. Lawrence CourtNotices@sjr-law.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    LakeView Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC.
               mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for Deutsche Bank National Trust Company, as Trustee mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MICHAEL D. VAGNONI    on behalf of Creditor c/o Michael Vagnoni   Montgomery County Tax Claim
               Bureau michael.vagnoni@obermayer.com,    michele.emory@obermayer.com;Lucille.acello@obermayer.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 11
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: John P. Lawrence | : | Chapter 13 |
| and Tamera E. Lawrence | : | |
| Debtors | : | Bankruptcy No.: 17-11183-jkf |
| | : | |

## ORDER GRANTING APPROVAL OF SALE OF REAL ESTATE KNOWN AS 412 SWAMP PIKE, SCHWENKSVILLE, PA 19473-1405 AND TO PAY COMMISSIONS AND CLOSING COSTS

AND NOW, upon consideration of Debtors' motion for approval to sell real estate jointly owned by Debtors known as 412 Swamp Pike, Schwenksville, PA 19473-1405 and to pay real estate broker commission and customary closing costs, and upon consideration of the notice upon and lack of objection by the Chapter 13 Trustee, United States Trustee, or any other party in interest, and in consideration of the arguments of counsel appearing at a hearing before the Court, if any, regarding the approval requested in the Motion,

**IT IS ORDERED:**

(1)    Debtors' Motion with respect to sale of the Real Estate owned by the Debtors known as 412 Swamp Pike, Schwenksville, PA 19473-1405 (hereafter referred to as the "Real Estate") is GRANTED; and

(2)    Debtors are authorized to sell the Real Estate during the current Chapter 13 bankruptcy to Franconia Associates or it's Nominee; and

(3)    The terms and conditions of the Agreement of Sale and related documents are fair and reasonable, as attached to the Motion, and are hereby APPROVED; and

(4)    From the proceeds of the sale of the Real Estate, the Debtors, by virtue of the settlement agent, are authorized to pay at closing:

1

a. all liens encumbering the Real Estate in the amount of the full value of the secured claim subject to the payoff figures current as of the date of closing; and

b. typical and customary closing costs; and

c. the remaining funds, if any, after payment of liens and closing costs shall be paid to John P. Lawrence and Tamera E. Lawrence; and

(5) This Order shall be effective and enforceable immediately upon entry and the Debtors and Buyers are authorized to close the Sale immediately upon entry of this Sale Order. The stay required under Bankruptcy Rule 6004(h) is hereby waived; and

(6) A copy of the executed settlement sheet shall be provided to the Chapter 13 Trustee within fourteen days following settlement of the real estate transaction.

10/25/17

BY THE COURT:

_____
JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

2