IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  John P. Lawrence | : | Chapter 13 |
| and Tamera E. Lawrence | : | |
| Debtors | : | Bankruptcy No.: 17-11183-jkf |
| | : | |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for John P. Lawrence and Tamera E. Lawrence, hereby certify that on November 3, 2017, a true and correct copy of Debtor's Application to Employ Eric Swarr as real estate agent, along with Notice of Application, was forwarded to the following parties, as follows:

*Via Electronic Filing (ECF) on November 3, 2017:*

Polly A. Langdon on behalf of Trustee Frederick L. Reigle
ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

Brian Craig Nicholas on behalf of Creditor LakeView Loan Servicing, LLC
bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Frederick L. Reigle, Chapter 13 Trustee
ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

Rebecca Ann Solarz on behalf of Creditor LakeView Loan Servicing, LLC
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Michael D. Vagnoni on behalf of Creditor c/o Michael Vagnoni Montgomery County Tax Claim Bureau
michael.vagnoni@obermayer.com, michele.emory@obermayer.com; Lucille.acello@obermayer.com

Matthew Christina Waldt on behalf of Creditor Select Portfolio Servicing, Inc.
mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

Matthew Christian Waldt on behalf of Creditor Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee
mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

Matteo Samuel Weiner on behalf of Creditor LakeView Loan Servicing, LLC
bkgroup@kmllawgroup.com

*Via First Class US Mail on November 3, 2017:*

Nicole Amolsch, Chief
Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Denise Carlon, Esquire
M&T Bank
PO Box 840
Buffalo, NY 14240-0840

Catherine Staskin, Bankruptcy Specialist
Internal Revenue Service
600 Arch Street, Room 5200
Philadelphia, PA 19106

E-Processing, LLC et al
C/O Stephen M. Hladik
298 Wissahickon Avenue
North Wales, PA 19454

                                            **LAW OFFICE OF STEPHEN J. ROSS, PC**

                                            By:    */s/ Joseph Quinn*
                                                        Joseph Quinn, Esquire
                                                        Attorney I.D. No. 307467
                                                        152 E. High Street, Suite 100
                                                        Pottstown, PA 19464
Date:  <u>November 3, 2017</u>                       Counsel for Debtors