# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John P. Lawrence aka John Patrick Lawrence, dba Lawrence Site Contractors, dba Lawrence Auto<br>Debtor(s) | CHAPTER 13 |
| Lakeview Loan Servicing, LLC<br>Movant<br>vs. | NO. 17-11183 JKF |
| John P. Lawrence aka John Patrick Lawrence, dba Lawrence Site Contractors, dba Lawrence Auto<br>Debtor(s) | 11 U.S.C. Sections 362 |
| Frederick L. Reigle Esq.<br>Trustee | |

## ORDER

AND NOW, this 14th day of December, 2017 ~~at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is~~:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 554 Gilbertsville Road, Gilbertsville, PA 19525 ("Property), as to Movant, its successors or assignees.

United States Bankruptcy Judge.
Jean K. FitzSimon

John P. Lawrence aka John Patrick Lawrence, dba Lawrence Site Contractors, dba Lawrence Auto
554 Gilbertsville Road
Gilbertsville, PA 19525

Joseph L. Quinn
152 E. High Street, Suite 100
Pottstown, PA 19464

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532