United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John P. Lawrence  
Tamera E. Lawrence  
      Debtors

Case No. 17-11183-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: Antoinett   Page 1 of 1   Date Rcvd: Dec 14, 2017  
                     Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2017.  
db/jdb     +John P. Lawrence,   Tamera E. Lawrence,    554 Gilbertsville Road,    Gilbertsville, PA 19525-9141

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2017 at the address(es) listed below:

        BRIAN CRAIG NICHOLAS    on behalf of Creditor    LakeView Loan Servicing, LLC  bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
        JOSEPH L QUINN    on behalf of Joint Debtor Tamera E. Lawrence CourtNotices@sjr-law.com  
        JOSEPH L QUINN    on behalf of Debtor John P. Lawrence CourtNotices@sjr-law.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    LakeView Loan Servicing, LLC  bkgroup@kmllawgroup.com  
        MATTHEW CHRISTIAN WALDT    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC.  mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com  
        MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
        MICHAEL D. VAGNONI    on behalf of Creditor c/o Michael Vagnoni    Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com,   michele.emory@obermayer.com;Lucille.acello@obermayer.com  
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                             TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  John P. Lawrence aka John Patrick Lawrence, dba Lawrence Site Contractors, dba Lawrence Auto<br>Debtor(s) | CHAPTER 13 |
| Lakeview Loan Servicing, LLC<br>Movant<br>vs. | NO. 17-11183 JKF |
| John P. Lawrence aka John Patrick Lawrence, dba Lawrence Site Contractors, dba Lawrence Auto<br>Debtor(s) | |
| Frederick L. Reigle Esq.<br>Trustee | 11 U.S.C. Sections 362 |

**ORDER**

AND NOW, this 14th day of December, 2017

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 554 Gilbertsville Road, Gilbertsville, PA 19525 ("Property"), as to Movant, its successors or assignees.

United States Bankruptcy Judge.
Jean K. FitzSimon

John P. Lawrence aka John Patrick Lawrence, dba Lawrence Site Contractors, dba Lawrence Auto
554 Gilbertsville Road
Gilbertsville, PA 19525

Joseph L. Quinn
152 E. High Street, Suite 100
Pottstown, PA 19464

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532