```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
In re:                                                                  Case No. 17-11183-jkf
John P. Lawrence                                                        Chapter 13
Tamera E. Lawrence
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0313-2          User: PaulP                  Page 1 of 2                  Date Rcvd: Dec 15, 2017
                              Form ID: pdf900              Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2017.
db/jdb         +John P. Lawrence,    Tamera E. Lawrence,    554 Gilbertsville Road,
                 Gilbertsville, PA 19525-9141
cr             +c/o Michael Vagnoni Montgomery County Tax Claim Bu,    Obermayer Rebmann Maxwell & Hippel LLP,
                 Centre Square West,    1500 Market Street,    Suite 3400,    Philadelphia, PA 19102-2131
13869571       +Amerifinancial Solutions,    PO Box 602570,    Charlotte, NC 28260-2570
13869572       +Amy J. Stone,    5505 Main Street,    East Petersburg, PA 17520-1500
13869573       +Capital One,    PO Box 30253,    Salt Lake City, UT 84130-0253
13902873        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13869574       +Carla A. Beggin Esquire,    Two Penn Center Plaza,    1500 JFK Blvd, Suite 830,
                 Philadelphia, PA 19102-1700
13869576       +Central Credit/Penn Cr,    Attn: Bankruptcy,    PO Box 988,    Harrisburg, PA 17108-0988
13869577       +Comenitycapital/biglot,    Po Box 182120,    Columbus, OH 43218-2120
13869578        Commonwealth of Pennsylvania,    Department of Revenue,    PO Box 280431,
                 Harrisburg, PA 17128-0431
13869581       +E-Processing, LLC,    5505 Main Street,    East Petersburg, PA 17520-1500
13954660       +E-Processing, LLC et al,    c/o Stephen M. Hladik,    298 Wissahickon Avenue,
                 North Wales, PA 19454-4114
13869582        Equity Trust Company,    2258 Burns Road,    Elyria, OH 44035
13869583       +Hladik, Onorato & Federman, LLP,    298 Wissahickon Avenue,    North Wales, PA 19454-4114
13869584        IC System,    444 Highway 96 East,    PO Box 64378,    Saint Paul, MN 55164-0378
13869587       +Lakeview Loan Servicing LLC,    4425 Ponce Deleon Blvd,    Mail Stop MS5/251,
                 Miami, FL 33146-1837
13869588       +Lancer Insurnace Co.,    PO Box 9123,    Plainview, NY 11803-9023
13961901       +Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13869593      ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1900
               (address filed with court: Met-Ed,     PO Box 16001,    Reading, PA 19612-6001)
13869590       +Medical Data Systems I,    645 Walnut St, Ste 5,    Gadsden, AL 35901-4173
13869592        Melissa Schierer,    942 W. Philadelphia Avenue,    Gilbertsville, PA 19525
13869594       +Michael P. Clarke, Esquire,    Rudolph Clarke LLC,    7 Neshaminy Interplex Suite 200,
                 Feasterville Trevose, PA 19053-6974
13869595       +Montgomery County Tax Claim Bureau,    1 Montgomery Plaza, Suite 600,
                 Norristown, PA 19401-4851
13890935       +PHOENIXVILLE CLINIC COMPANY LLC C/O PASI,    PO BOX 188,    BRENTWOOD, TN 37024-0188
13869597       +Pennsylvania Unemployment Compensation,    Office of Chief Counsel,    Dept of Labor & Industry,
                 444 North Third Street, Ste 200,    Harrisburg, PA 17113
13869598       +Richard J. Stone,    5505 Main Street,    East Petersburg, PA 17520-1500
13869599       +Santander Consumer USA,    PO Box 961245,    Fort Worth, TX 76161-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Dec 16 2017 01:18:44     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 16 2017 01:18:30     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13869575       +E-mail/Text: bankruptcy@cavps.com Dec 16 2017 01:18:25     Cavalry Portfolio Serv,
                 Po Box 27288,   Tempe, AZ 85285-7288
13953033       +E-mail/Text: bankruptcy@cavps.com Dec 16 2017 01:18:25     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
13869579       +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 16 2017 01:19:00
                 Credit Collections Svc,   PO Box 773,   Needham Heights, MA 02494-0918
13869580       +E-mail/PDF: creditonebknotifications@resurgent.com Dec 16 2017 01:21:40     Credit One Bank Na,
                 Po Box 98875,   Las Vegas, NV 89193-8875
13954890        E-mail/Text: jennifer.chacon@spservicing.com Dec 16 2017 01:19:06
                 Deutsche Bank National Trust Company,   c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
13869585       +E-mail/Text: cio.bncmail@irs.gov Dec 16 2017 01:17:48     Internal Revenue Service,
                 600 Arch Street, RM 5200,   Philadelphia, PA 19106-1611
13869586       +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 16 2017 01:17:45     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
13919772        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 16 2017 01:21:13
                 LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13869589        E-mail/Text: camanagement@mtb.com Dec 16 2017 01:17:51     M & T Bank,   1 Fountain Plz,
                 Buffalo, NY 14203
13890823        E-mail/Text: camanagement@mtb.com Dec 16 2017 01:17:51     M&T Bank,   P.O. Box 840,
                 Buffalo, NY 14240-0840
13879751        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 16 2017 01:18:09
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
13869596       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 16 2017 01:18:08
                 Pennsylvania Department of Revenue,   Dept 280948,   Harrisburg, PA 17128-0001
13949381        E-mail/Text: bnc-quantum@quantum3group.com Dec 16 2017 01:17:53
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
```

```
District/off: 0313-2          User: PaulP               Page 2 of 2                   Date Rcvd: Dec 15, 2017
                              Form ID: pdf900           Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13869600         +E-mail/Text: jennifer.chacon@spservicing.com Dec 16 2017 01:19:06      Select Portfolio Svcin,
                   Po Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA   17128-0946
13869591*       +Medical Data Systems I,    645 Walnut Street, Suite 5,    Gadsden, AL 35901-4173
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    LakeView Loan Servicing, LLC
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSEPH L QUINN    on behalf of Joint Debtor Tamera E. Lawrence CourtNotices@sjr-law.com
              JOSEPH L QUINN    on behalf of Debtor John P. Lawrence CourtNotices@sjr-law.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    LakeView Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC.
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for Deutsche Bank National Trust Company, as Trustee mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MICHAEL D. VAGNONI    on behalf of Creditor c/o Michael Vagnoni   Montgomery County Tax Claim
               Bureau michael.vagnoni@obermayer.com, michele.emory@obermayer.com;Lucille.acello@obermayer.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  John P. Lawrence         :   Chapter 13
       and Tamera E. Lawrence    :
       Debtors                           :   Bankruptcy No.: 17-11183-jkf

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case by Frederick L. Reigle, Esquire, Standing Chapter 13 Trustee ("Trustee"), and after notice and hearing, it is hereby **ORDERED**:

1. This Chapter 13 Bankruptcy Case is **DISMISSED**.

2. Counsel for the Debtors shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed Chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order, if not filed prior to the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtors shall file either:** (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6, has been entered on the docket within sixty three (63) days of the entry of this Order, then the Trustee shall: (a) if any applications for administrative expenses other than Debtors' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed Chapter 13 payments in his possession to Debtors pursuant to 11 U.S.C. §1326(a)(2).

BY THE COURT:

_____
JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE

Dated: December 14, 2017