**UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 13 |
| **John P. Lawrence and** | |
| **Tamera E. Lawrence** | |
| Debtor(s) | BK No. 17-11183-jkf |

## O R D E R

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Expenses are **ALLOWED** in favor of the Applicant in the amount of **$60.00**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$6,789.00**.

Dated: January 4, 2018

BY THE COURT:

_____
HON. JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE